UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON SHEPHERD,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>D. ASUNCION, Warden,<br><br>　　　　　Respondent. | Case No.: 2:21-cv-04147-MEMF-Ex<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [ECF NO. 16], DENYING MOTION FOR STAY AS MOOT [ECF NO. 2] AND GRANTING MOTION TNO DISMISS [ECF NO. 6]** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. ECF No. 16. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court adopts the findings and recommendations of the Magistrate Judge.

　　　IT IS ORDERED that: (1) Petitioner's Motion for a Stay is DENIED as moot (ECF No. 2); (2) Respondent's Motion to Dismiss is GRANTED (ECF No. 6); and (3) Judgment shall be entered denying and dismissing the Petition with prejudice.

/ / /

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation, and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 30, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

2