JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON SHEPHERD, | Case No.: 2:21-cv-04147-MEMF-Ex |
| Petitioner, | **JUDGMENT** |
| v. | |
| D. ASUNCION, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

Dated: March 30, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge